IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALICIA O. CAVAZOS § | | |
| *Plaintiff* § | | |
| § | | |
| VS. § | | SA-20-CV-00761-XR |
| § | | |
| § | | |
| DANIEL RAY BETTIS AND § | | |
| COVENANT TRANSPORT, INC. § | | |
| *Defendants* § | | JURY |

## PLAINTIFF'S FIRST AMENDED COMPLAINT

**COMES NOW** ALICIA O. CAVAZOS, Plaintiff, and complains of DANIEL RAY BETTIS and COVENANT TRANSPORT, INC., Defendants, and for cause of action states:

## JURISDICTION AND VENUE

1. This Court has jurisdiction of this cause based upon diversity of the parties and amount in controversy. Venue is proper in the United States District Court for the Western District of Texas.

## PARTIES

2. Plaintiff, ALICIA O. CAVAZOS, is an individual residing in San Antonio, Texas and is a citizen of the State of Texas.

3. Defendant, DANIEL RAY BETTIS, is an individual believed to be a citizen of the State of Missouri and has appeared.

4. Defendant, COVENANT TRANSPORT, INC. is a corporation and citizen of the State of Tennessee and has appeared.

## FACTUAL ALLEGATIONS

5.  On or about September 23, 2019, Plaintiff ALICIA O. CAVAZOS was driving a vehicle northbound on IH 35 in San Antonio, Bexar County, Texas, when the passenger side of her vehicle was violently struck by a tractor-trailer being operated by Defendant DANIEL RAY BETTIS. Defendant DANIEL RAY BETTIS was operating the tractor-trailer in the course and scope of his employment with Defendant COVENANT TRANSPORT, INC. Plaintiff ALICIA O. CAVAZOS sustained injuries and damages as a result of the collision.

## CAUSE OF ACTION - NEGLIGENCE

6.  The occurrence in question and the resulting injuries and damages to Plaintiff CAVAZOS were proximately caused by the negligence of Defendants. Defendant BETTIS violated the duty he owed Plaintiff to exercise ordinary care in the operation of his vehicle and was negligent in various respects, including, but not limited to failing to keep a proper lookout; failing to properly and timely apply his brakes; operating his vehicle at an unsafe speed under the circumstances; and failing to drive as nearly as practical entirely within a single lane and moving his vehicle from that lane when it was not safe to do so.

7.  At the time of the collision, Defendant BETTIS was operating the tractor-trailer in the course and scope of his employment with Defendant COVENANT TRANSPORT, INC. Defendant COVENANT TRANSPORT, INC. is therefore liable for the negligence of Defendant BETTIS.

## DAMAGES

8.  Plaintiff's damages include one or more of the following:

      a.     Medical care expenses in the past and to be incurred in the future;

      b.     Loss of earning capacity sustained in the past and to be sustained in the future;

      c.     Physical pain and mental anguish in the past and to be sustained in the future;

      d.     Physical impairment in the past and to be sustained in the future;

9. Plaintiff's damages exceed the sum of $75,000.00.  Plaintiff seeks a judgment in her favor with regard to the claims pleaded herein, including all compensatory damages, special and consequential damages necessary to make Plaintiff whole.

## JURY DEMAND

10. Plaintiff respectfully requests a jury trial.

## PRAYER

WHEREFORE, Plaintiff CAVAZOS prays that on final trial, the Honorable Court render judgment in favor of the Plaintiff for:

1. Actual damages;
2. All Costs of Court;
3. Both pre-judgment and post-judgment interest to the extent allowed by law and at the maximum legal rate;
4. Such other and further relief, both general and special, at law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

**DAVIS LAW FIRM**
10500 Heritage Blvd. Ste. 102
San Antonio, Texas 78216

3

                              Telephone (210) 444-4444
                              Telefax   (210) 785-0806
                              Email: rickn@davislaw.com

                              /s/ Richard F. Neville, III
By: _____
RICHARD F. NEVILLE, III (Of Counsel)
State Bar No. 14934900
*Attorney for Plaintiff Alicia O. Cavazos*

### CERTIFICATE OF SERVICE

      This will certify that a true and correct copy of the above and forgoing instrument was duly served upon counsel of record in accordance with the Rule 5, Federal Rules of Civil Procedure, on this the 8th day of September, 2020.

**By Electronic Filing and**
**By Fax to: (210) 598-8797**
Jose "JJ" Trevino, Jr.
Mathews J. Metyko
VALDEZ & TREVIÑO ATTORNEYS AT LAW, P.C.
Callaghan Tower
8023 Vantage Dr., Suite 700
San Antonio, Texas 78230
*Attorneys for Defendants Daniel Ray Bettis and*
*Covenant Transport, Inc.*

                              /s/ Richard F. Neville, III
                              _____
                              Richard F. Neville, III